

**Susan E. Morrison**
Principal
morrison@fr.com
T: 302 778 8434

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

T: 302 652 5070
F: 302 652 0607

September 24, 2025

**VIA ECF**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:   *Arrowhead Pharmaceuticals, Inc. v. Ionis Pharmaceuticals, Inc.*
      Case No. 1:25-cv-01130-GBW

Dear Judge Williams,

On behalf of Plaintiff Arrowhead Pharmaceuticals, Inc. ("Arrowhead") and Defendant Ionis Pharmaceuticals, Inc. ("Ionis"), I write to inform the Court the parties met and conferred on September 22, 2025 pursuant to this Court's Order (D.I. 7). Neither Plaintiff nor Defendant objects to Judge Williams' assignment, and the parties agree to waive any potential conflict relating to the Judge's 401(k) plan with Vanguard.

Respectfully,

*/s/ Susan E. Morrison*

Susan E. Morrison (#4690)