IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROWHEAD PHARMACEUTICALS, INC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.  25-1130 (GBW) |
| IONIS PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) ) | |

**DEFENDANT IONIS PHARMACEUTICALS, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Pursuant to 28 U.S.C. §§ 2201 and 1404(a) and Federal Rule of Civil Procedure 12(b)(1), Defendant Ionis Pharmaceuticals, Inc. respectfully moves this Court to dismiss this action or, alternatively, transfer this action to the United States District Court for the Central District of California.  The grounds for the motion are set forth in the Opening Brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Megan E. Dellinger*

OF COUNSEL:

Jessamyn S. Berniker
Thomas S. Fletcher
Kathryn S. Kayali
Michael Xun Liu
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC  20024
(202) 434-5000

October 6, 2025

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Defendant*

## **<u>RULE 7.1.1 CERTIFICATE</u>**

Pursuant to D. Del. LR 7.1.1, counsel for Defendant Ionis Pharmaceuticals, Inc. certifies that a reasonable effort has been made to reach agreement regarding Defendant's motion to transfer venue and the relief sought, and that the parties were unable to reach agreement.


*/s/ Megan E. Dellinger*

Megan E. Dellinger (#5739)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARROWHEAD PHARMACEUTICALS, INC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No.  25-1130 (GBW) |
| IONIS PHARMACEUTICALS, INC., | ) ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER GRANTING DEFENDANT IONIS PHARMACEUTICALS, INC.'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

This matter is before the Court on Ionis Pharmaceuticals, Inc.'s Motion to Dismiss or, in the Alternative, to Transfer Venue to the Central District of California ("Motion").  Upon consideration of the parties' briefing, and any oral argument, the Motion is GRANTED, and it is HEREBY ORDERED that:

The Clerk of the Court is directed to dismiss this action and close this case.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
The Honorable Gregory B. Williams
United States District Court

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 6, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 6, 2025, upon the following in the manner indicated:

Susan E. Morrison, Esquire                                    *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
*Attorneys for Plaintiff*

Megan A. Chacon, Esquire                                    *VIA ELECTRONIC MAIL*
Madelyn McCormick, Esquire
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
*Attorneys for Plaintiff*

Louis Fogel, Ph.D.                                               *VIA ELECTRONIC MAIL*
FISH & RICHARDSON P.C.
150 N. Riverside Plaza, Suite 2820
Chicago, IL 60606
*Attorneys for Plaintiff*


                                        */s/ Megan E. Dellinger*
                                        _____
                                        Megan E. Dellinger (#5739)