AO 120 (Rev. 08/10)

| TO:    Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _for the District of Delaware_ on the following

☐ Trademarks or  ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 25-1130 | DATE FILED 9/10/2025 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Arrowhead Pharmaceuticals, Inc. | | DEFENDANT<br>Ionis Pharmaceuticals, Inc. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | US 9,593,333 B2 | 3/14/2017 | Ionis Pharmaceuticals, Inc. |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>Randall C. Lohan | (BY) DEPUTY CLERK<br>/s/ John Arrow | DATE<br>12/23/2025 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

ARROWHEAD PHARMACEUTICALS, INC.,

Plaintiff,

v.

IONIS PHARMACEUTICALS, INC.,

Defendant.

Civil Action No. 25-1130-GBW

---

## ORDER

At Wilmington this 23rd day of December 2025, **IT IS HEREBY ORDERED** that Defendant Ionis Pharmaceuticals, Inc.'s Motion to Dismiss for Failure to State a Claim or, in the Alternative, to Transfer Venue (D.I. 13) is **GRANTED-IN-PART** and **DENIED-IN-PART.** Plaintiff Arrowhead Pharmaceuticals, Inc.'s Complaint (D.I. 1) is dismissed. The Court declines to exercise jurisdiction in this declaratory judgment action under the circumstances.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE